(COURT USE ONLY)

RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

KATIA HILLS and CYNTHIA ALLEN, et al., Plaintiffs

v.

AT&T MOBILITY SERVICES LLC, et al., Defendants

Cause No. 3:17-cv-00556-JD-MGG

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Katia Hills and Cynthia Allen, et al., Plaintiffs

Party(s) Represented

Prefix (check one)  ☐ Mr.   ☒ Ms.   ☐ Mrs.

Last Name: Kotagal    First Name: Kalpana    Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: Cohen Milstein Sellers & Toll PLLC

Street Address: 1100 New York Ave., NW    Suite/Room No.: 500

City: Washington    State: DC    Zip: 20005

Office Telephone No.: (202) 408-4600    Fax No.: (202) 408-4699

E-Mail Address: kkotagal@cohenmilstein.com

**EDUCATION:**

College: Stanford University    Degree: B.S.    Year Completed: 1999

Law School: University of Pennsylvania    Year Graduated: 2005

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| DC | 2007 | Active | 977724 |
| NY | 2006 | Active | 710394 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| 2nd Circuit | 2010 | Active |
| NY - Northern District | 2007 | Active |
| NY - Southern District | 2010 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, Kalpana Kotagal, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: May 14, 2018

_/s/ K. Kotagal_
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____    _____
                                                                            Judge, U. S. District Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Kalpana Kotagal*

was duly qualified and admitted on **November 5, 2007** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on March 13, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Kalpana Kotagal

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **6th day of December, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **12th day of March, 2018**.



Robert D Mayberger

Clerk