# Exhibit B

| SSN | Persno | Last name | First name | IT0000 Start date | IT0000 End date | Act | Name of action type | ActR | Reason for action text | S | 0001 BEGDA |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 666216 | PATINO | KATIA | 07-Apr-14 | 04-Oct-14 | 01 | 01 New Hire | 01 | No Previous Service | 3 | 07-Apr-14 |
|  | 666216 | PATINO | KATIA | 07-Apr-14 | 04-Oct-14 | 01 | 01 New Hire | 01 | No Previous Service | 3 | 10-Aug-14 |
|  | 666216 | PATINO | KATIA | 05-Oct-14 | 07-Feb-15 | 16 | 16 Placement-Nmgt Intra-Co | 40 | Downgrade | 3 | 05-Oct-14 |
|  | 666216 | PATINO | KATIA | 08-Feb-15 | 04-Apr-15 | 10 | 10 Rate Change - Nmgt | 02 | General Increase | 3 | 05-Oct-14 |
|  | 666216 | PATINO | KATIA | 05-Apr-15 | 01-Jun-15 | 10 | 10 Rate Change - Nmgt | 01 | Wage Progression | 3 | 05-Oct-14 |
|  | 666216 | PATINO | KATIA | 02-Jun-15 | 12-Jul-15 | 70 | 70 Begin Short Term Disability | 01 | Begin Total Short Term Disab | 3 | 05-Oct-14 |
|  | 666216 | PATINO | KATIA | 13-Jul-15 | 16-Jul-15 | 76 | 76 Return from Disability | 01 | Rtn to Work-Case Closed | 3 | 05-Oct-14 |
|  | 666216 | PATINO | KATIA | 17-Jul-15 | 31-Dec-99 | 85 | 85 Dismissed | 01 | Attendance | 0 | 17-Jul-15 |

| 0001 ENDDA | Job | Job title | Exmpt | CoCd | Company name | 0209 BEGDA | Tax Authority (Work State) | IT0008 Start date | Annual salary | Total of WT |
|---|---|---|---|---|---|---|---|---|---|---|
| 09-Aug-14 | 16000029 | Sales Support Representat | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 07-Apr-14 | $0.00 | $1,061.00 |
| 04-Oct-14 | 16000029 | Sales Support Representat | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 07-Apr-14 | $0.00 | $1,061.00 |
| 16-Jul-15 | 16000025 | Retail Sales Consultant [ | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 05-Oct-14 | $0.00 | $1,089.00 |
| 16-Jul-15 | 16000025 | Retail Sales Consultant [ | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 08-Feb-15 | $0.00 | $1,106.00 |
| 16-Jul-15 | 16000025 | Retail Sales Consultant [ | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 05-Apr-15 | $0.00 | $1,161.00 |
| 16-Jul-15 | 16000025 | Retail Sales Consultant [ | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 02-Jun-15 | $30,186.00 | $1,161.00 |
| 16-Jul-15 | 16000025 | Retail Sales Consultant [ | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 13-Jul-15 | $0.00 | $1,161.00 |
| 31-Dec-99 | 16000025 | Retail Sales Consultant [ | N | M1 | ATT MOBILITY SVC | 07-Apr-14 | IN | 17-Jul-15 | $30,186.00 | $1,161.00 |