# Exhibit H

**AT&T MOBILITY COMPANY OWNED RETAIL (COR)
SALES ATTENDANCE GUIDELINES
FOR ALL COR ENTERPRISE NON-MANAGEMENT EMPLOYEES**

**Effective May 1, 2015**

Background

It's all about our reputation. AT&T relies on its employees to provide its customers with the top-notch level of service expected from an industry leader. Our reputation is important to our success in a highly- competitive industry. Our reputation is affected when employees are not available to respond to the needs of our customers. Regular attendance by all employees is necessary to operate the business effectively.

Absences force a barrier between our customers and quality of service. While unscheduled time-off is sometimes unavoidable, when this occurs, it results in reduced efficiency and creates a hardship for everyone. Absenteeism has a detrimental effect on job performance, productivity and overall work group morale. Dependability, attendance, and punctuality are essential job responsibilities.

Purpose of these Guidelines

These guidelines are intended to establish attendance expectations and define attendance requirements. They provide for fair, consistent treatment of employees who demonstrate unacceptable attendance behavior. Poor attendance will not be tolerated and may result in corrective action, up to and including termination of employment.

Employees are expected to report to work when scheduled and to return to work as soon as possible after an absence from work. Reporting to work, as scheduled, will ensure that our customers receive the best possible service, maintain a balanced workload for all employees, and that AT&T maintains its competitive edge in the marketplace.

Please note: These are guidelines and at all times, patterns of attendance will be reviewed and disciplinary steps will be escalated as appropriate.

**The Company reserves the right to amend, modify and change this policy at its sole discretion**

1

**AT&T Proprietary
(Internal Use Only)**
Not for use or disclosure outside the AT&T companies
except under written agreement

CONFIDENTIAL                                                                                                              DEF-0000141

**Scope**

All non-exempt, non-management employees in the Company Owned Retail (COR) organization in Central, Northeast, Southeast, & West Regions are subject to these attendance guidelines. Employees and their managers/supervisors should become familiar with these guidelines and will be held accountable for compliance with them.

1. Failure to report and work as scheduled may be considered an unexcused absence, tardy or early departure.

2. Each unexcused absence, meaning any time away from your scheduled shift due to absences, late arrivals or early departures that is not excused, will be tracked using an "Unexcused Absence Point System". If an absence is not protected as outlined in item 3, it may be subject to discipline.

3. The following types of absences will be excused and will not count as "unexcused absences" under these Attendance Guidelines:
   - Approved Leave of Absence
   - Scheduled/Approved Vacation
   - Jury Duty*
   - Qualified Bereavement*
   - Military Leave*
   - Company recognized Holidays (unless scheduled to work on a Holiday)
   - Approved Short Term Disability
   - Approved Job Accommodations
   - Federal / State / Municipal mandated Leaves (i.e., FMLA, ADAAA, etc.)
   - Company initiated closings (i.e. inclement weather, etc.)
   - Contracted Time Off (Union Business)
   - Court Subpoena* (excused to extent as outlined per Labor Agreement)
   - Approved / Company Mandated Time Off, (i.e. EWP, vacation, disciplinary time, etc.)
   *Supporting documentation may be required to validate the excused time off as determined at the sole discretion of the Company.

4. Proper notification is required whenever an employee is unable to report to work as scheduled. Employees must use myWorkLife to report each unexcused absence at least one hour before the start of their shift. If an employee is tardy the employee needs to immediately contact their supervisor as soon as possible. Employees must also notify their supervisor as soon as possible if they know they must leave early. Voice mail, email, and text messages are not considered proper methods of reporting such missed time. Failure to properly notify management in advance of any missed time may result in disciplinary action up to and including dismissal.

5. Employees will not be allowed to work after the schedule ends in order to make up missed time caused by an unexcused tardy or to avoid the attendance occurrence points associated with being late.

6. If an employee is absent from work for three (3) or more consecutive scheduled workdays without proper notification or without Company approval, the employee will be considered to have abandoned his/her job and voluntarily resigned without notice.

7. When multiple unexcused tardies or tardies and an early departure occur within the same work day, points will be assessed for all such missed time not to exceed one (1) point per day.

8. When an employee is absent for consecutive days, one point is assigned to each day of unexcused absence.

9. Reporting a false absence reason code through myWorkLife may be considered a Code of Business Conduct violation and may be subject to additional discipline.

2

**AT&T Proprietary**
**(Internal Use Only)**
Not for use or disclosure outside the AT&T companies
except under written agreement

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　DEF-0000142

10. For each unexcused absence, tardy or early departure, points will be assigned as follows:

1 to 5 minutes tardy = Grace Period
6 to 15 minutes missed = ¼ point
16 to 30 minutes missed = ½ point
31 to 120 minutes missed = ¾ point
Greater than or equal to 121 minutes missed = 1 point
One day of absence = 1 point

11. The point thresholds and timeframes for the levels of progressive discipline are as follows:

**Point Accruals Based On Rolling 12 Months of Active Employment**

| Point Thresholds | Level of Discipline | Discipline Duration |
|---|---|---|
| 4.00 – 4.75 | Counseling Notice | Discipline step deactivates when current points fall below discipline thresholds. |
| 5.00 – 6.75 | Written Warning | Discipline step deactivates when current points fall below discipline thresholds. |
| 7.00 – 7.75 | Final Written Warning | Discipline step deactivates when current points fall below discipline thresholds. |
| 8.00 | Termination | n/a |

Each attendance occurrence and the associated point value will expire after 12 months of active employment following the attendance occurrence. If a discipline level has been administered and is subsequently deactivated, all of an employee's remaining attendance points continue to be active during the rolling 12 months of active employment. If one or more points expire and no additional points are received, the current step of discipline deactivates and any subsequent discipline will be based on the point threshold in the table above.

Absenteeism is measured based on a rolling 12 months of active employment. If an employee has an approved short-term disability, leave of absence or any other absence exceeding more than 7 calendar days (excluding vacation, EWP, holiday, floating or designated holiday and paid funeral time) in the preceding 12 months of employment, the duration of such time will be excluded when determining the employee's active employment period for calculating the rolling 12-month period. Any unscheduled time away from the scheduled shift equal to or in excess of 8 total points in a rolling 12 months of active employment, regardless of reason, will be considered unacceptable absenteeism and will result in termination absent extraordinary circumstances as determined by the Company in its sole discretion.

While waiting for approval of FMLA, leave of absence, short term disability or other leave, attendance points will be pending and any active discipline at the time of the absence will be placed in abeyance and subject to progression if the absence is not approved. If the relevant leave case is not approved, pending absences, tardies and early departures will be assigned points and can lead to a discipline step. If leave is approved, then approved dates will not count as an occurrence. Management should consult with the Centralized Attendance Group (CAG) for questions about whether an employee's time away should be excused.

12. Exceptions to the above progression guidelines may be made as appropriate at the company's discretion. Supervisors will monitor attendance behavior and, if unacceptable patterns are found, this may result in additional discipline. Examples of patterns include, but are not limited to, prolonging vacations with concurrent unexcused absences, reporting an absence on specific days of the week, reporting an absence before or after scheduled day off. If an employee is placed on discipline due to unacceptable patterns of attendance, the employee will be considered to have the points equal to that level of discipline. If an employee experiences an occurrence or occurrences that would give rise to a level of discipline, but the employee has not returned to work so that the discipline can be administered (or if the employee's return is so brief that the manager is not able to administer the discipline), the employee may receive combined discipline for the occurrence(s) at the next opportunity. This means an employee may be subject to more than one disciplinary action, up to and including termination, during the course of an extended unexcused absence or series of unexcused absences.

**AT&T Proprietary**
**(Internal Use Only)**
Not for use or disclosure outside the AT&T companies
except under written agreement

CONFIDENTIAL

DEF-0000143

13. Employees may be disqualified for consideration for internal job opportunities while on a step of discipline for attendance.

14. Any incidental absence occurrence of more than one day may result in the escalation of the corrective action process. Furthermore, if an employee experiences multiple absences that would give rise to a step of discipline but has not returned to work so that the step of discipline could be administered (or if the return to work is so brief that management is not able to administer the discipline), the employee may receive combined steps of discipline for the separate absences at the next opportunity to deliver the discipline.

15. Employees who transfer into or within the COR organization will have their attendance points or equivalent level of discipline transfer with them.

16. Active attendance points and steps of discipline will remain in place moving to the May 1, 2015 plan. However, attendance points and active steps of discipline as of April 30, 2015 will be handled according to the 2011 attendance guidelines.

### Attendance and Punctuality Guideline Definitions

**Absence**: Absences are scheduled days not worked and are considered unexcused. If the absence is not protected, it may be subject to disciplinary action.

**Job Abandonment**: If an employee is absent from work for three (3) or more consecutive workdays without proper notification or without Company approval, the employee will be considered to have abandoned his/her job and voluntarily quit without notice.

**Leave Early or Early Departure:** An employee leaving prior to the end of his/her scheduled shift.

**Occurrence**: An occurrence may be any combination of absences, tardiness or early departures. Occurrences will be assessed even if the circumstances giving rise to the occurrence are beyond the employee's control, such as a flat tire.

**Points:** Each absence should be evaluated under the Attendance Guidelines. Employees who are tardy or leave early from any part of their scheduled shift may receive a partial or full point under these guidelines.

**Progressive Discipline**: Progressive discipline applies to non-exempt employees under the Company's Progressive Discipline Policy for Non-exempt Employees and applicable components of that policy are incorporated herein by reference.

**Tardiness**: Tardiness is being late for any part of a scheduled day's work. Tardiness generally includes failure to be prepared and available to see customers at the beginning of a shift, failure to report on time for meetings and training sessions and returning late from breaks and lunch.

**Work Schedule**: Work schedules vary according to the needs of the business and will be posted by an employee's manager/supervisor as required by the applicable labor agreement. Employees are expected to be at their assigned work locations and physically accessible to their customers when scheduled or assigned by management. The days and hours assigned depend on the nature of the job and the needs of the customers; work schedules are defined to meet business needs and may change periodically with proper notification as required by the applicable labor agreements. Due to the high volume of customer needs during the 4th Quarter of each year, departments may limit time off during this period or as other business needs require. Employees with extenuating circumstances should consult well in advance of his/her immediate manager/supervisor's work schedule construction so that, if appropriate, the request can be accommodated within the schedule.

4

**AT&T Proprietary**
**(Internal Use Only)**
Not for use or disclosure outside the AT&T companies
except under written agreement

CONFIDENTIAL                                                                                               DEF-0000144