# Exhibit L

Employee Attendance Report

As of 08/29/2016

PERNR : 00666216  
NAME  : KATIA PATINO  
Cost Center : XCW921035  
NCS DATE    : 04/07/2014

### 2015

| | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | T | FDA | PDA | SES | DB | FDA | PDA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN | | | | X | X | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FEB | | | | X | X | | | | | | | X | | | | | | | | | | | | | | | | | | | | | 2 | | | | 2 | |
| MAR | | | | | | X | X | X | | | | | X | X | | | | | | | | | | | | | | | | | | | 2 | | | | | |
| APR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MAY | | X | X | | | | | X | | | | | | X | X | | | | | | X | | | | X | X | X | | | | | | 2 | 2 | | | 2 | 2 |
| JUN | X | X | X | X | | | X | X | X | X | X | | | | | | | | | | X | X | X | X | X | | | X | X | | | | | | | | | |
| JUL | X | X | X | | | | X | X | X | X | | | | | X | | | | | | | | | | | | | | | | | | 1 | 1 | | | 1 | |
| AUG | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SEP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OCT | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NOV | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DEC | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TOTAL YEAR | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 5 | 5 | 2 | | 5 | 2 |

| FROM DATE | TO DATE | ABSENCE TYPE | HOURS | ABSENCE REASON | FURTHER TEXT |
|---|---|---|---|---|---|
| 01/05/2015 | 01/05/2015 | Vacation | 8.00 | | |
| 01/06/2015 | 01/06/2015 | Vacation | 8.00 | | |
| 01/07/2015 | 01/07/2015 | Vacation | 8.00 | | |
| 01/08/2015 | 01/08/2015 | Vacation | 8.00 | | |
| 01/09/2015 | 01/09/2015 | Vacation | 8.00 | | |
| 02/04/2015 | 02/04/2015 | Illness-Unpaid | 8.00 | No reason provided | |
| 02/05/2015 | 02/05/2015 | Illness-Unpaid | 2.50 | No reason provided | |
| 02/14/2015 | 02/14/2015 | Misc Abs pd/excl | 8.00 | Emergency Weather | |
| 03/07/2015 | 03/07/2015 | DH/FH/PH | 8.00 | | |
| 03/08/2015 | 03/08/2015 | EWP/PDO | 8.00 | | |
| 03/14/2015 | 03/14/2015 | EWP/PDO | 8.00 | | |
| 03/15/2015 | 03/15/2015 | EWP/PDO | 8.00 | | |
| 05/03/2015 | 05/03/2015 | DH/FH/PH | 8.00 | | |

AT&T Proprietary (Sensitive Personal Information)
Only for use by authorized individuals in
accordance with requirements for specific
data categories predefined in Company security standards
for Information Classification and Protection.

CONFIDENTIAL                                                         DEF-0000224

```
                                                   As of 08/29/2016

PERNR :  00666216                                                        Cost Center :  XCW921035
NAME  :  KATIA PATINO                                                    NCS DATE    :  04/07/2014

05/04/2015 - 05/04/2015   Illness-Unpaid                     8.00   No reason provided
05/08/2015 - 05/08/2015   Illness-Unpaid                     1.00   No reason provided
05/15/2015 - 05/15/2015   FMLA Unpaid Absence                2.12   Self Appointment
05/16/2015 - 05/16/2015   Misc Abs unpd/not excl             8.50   Other
05/22/2015 - 05/22/2015   Illness-Unpaid                     8.00   No reason provided
05/26/2015 - 05/26/2015   FMLA Illness-Unpaid                8.00   No reason provided
05/27/2015 - 05/27/2015   FMLA Illness-Full                  8.00   No reason provided
05/27/2015 - 05/27/2015   Secondary Deduction 01             8.00                              FILF
05/28/2015 - 05/28/2015   FMLA Illness-Full                  8.00   No reason provided
05/28/2015 - 05/28/2015   Secondary Deduction 01             8.00                              FILF
05/29/2015 - 05/29/2015   FMLA Illness-Full                  8.00   No reason provided
05/29/2015 - 05/29/2015   Secondary Deduction 01             8.00                              FILF
06/01/2015 - 06/01/2015   FMLA Illness-Full                  8.00   No reason provided
06/01/2015 - 06/01/2015   Secondary Deduction 01             8.00                              FILF
06/02/2015 - 06/02/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/03/2015 - 06/03/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/04/2015 - 06/04/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/05/2015 - 06/05/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/08/2015 - 06/08/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/09/2015 - 06/09/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/10/2015 - 06/10/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/11/2015 - 06/11/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/12/2015 - 06/12/2015   FMLA Dis/tot/100%                  8.00   No reason provided
06/15/2015 - 06/15/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/16/2015 - 06/16/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/17/2015 - 06/17/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/18/2015 - 06/18/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/19/2015 - 06/19/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/22/2015 - 06/22/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/23/2015 - 06/23/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/24/2015 - 06/24/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/25/2015 - 06/25/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/26/2015 - 06/26/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/29/2015 - 06/29/2015   FMLA Dis/tot/60%                   8.00   No reason provided
06/30/2015 - 06/30/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/01/2015 - 07/01/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/02/2015 - 07/02/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/03/2015 - 07/03/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/06/2015 - 07/06/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/07/2015 - 07/07/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/08/2015 - 07/08/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/09/2015 - 07/09/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/10/2015 - 07/10/2015   FMLA Dis/tot/60%                   8.00   No reason provided
07/15/2015 - 07/15/2015   Misc Abs unpd/not excl             8.50   Other
```

AT&T Proprietary (Sensitive Personal Information)
Only for use by authorized individuals in
accordance with requirements for specific
data categories predefined in Company security standards
for Information Classification and Protection.

CONFIDENTIAL                                                                                           DEF-0000225

```
Date: 08/30/2016                         Employee Attendance Report                              Page    : 3
Time: 16:14:30                                                                                   Program: ZPRT1001

                                              As of 08/29/2016

PERNR : 00666216                                                  Cost Center : XCW921035
NAME  : KATIA PATINO                                              NCS DATE    : 04/07/2014

                 LEAVE OF ABSENCE INFORMATION

       DATE       LOA TYPE       ABS. REASON

No Leave of Absence Found
```

AT&T Proprietary (Sensitive Personal Information)
Only for use by authorized individuals in
accordance with requirements for specific
data categories predefined in Company security standards
for Information Classification and Protection.

CONFIDENTIAL                                                                                     DEF-0000226

```
Date: 08/30/2016                              Employee Attendance Report                                    Page    : 4
Time: 16:14:30                                                                                              Program: ZPRT1001

                                                  As of 08/29/2016

  PERNR : 00666216                                         Cost Center : XCW921035
  NAME  : KATIA PATINO                                     NCS DATE    : 04/07/2014


TOTAL HOURS WORKED: NOT APPLICABLE - NOT AN ACTIVE EMPLOYEE

FMLA LEAVE OF ABSENCE INFORMATION

FROM DATE     TO DATE       LOA TYPE     Total Hours
05/15/2015    05/15/2015    FUPA             2.12
05/26/2015    05/26/2015    FILD             8.00
05/27/2015    05/27/2015    FILF             8.00
05/28/2015    05/28/2015    FILF             8.00
05/29/2015    05/29/2015    FILF             8.00
06/01/2015    06/01/2015    FT01             8.00
06/02/2015    06/02/2015    FT01             8.00
06/03/2015    06/03/2015    FT01             8.00
06/04/2015    06/04/2015    FT01             8.00
06/05/2015    06/05/2015    FT01             8.00
06/08/2015    06/08/2015    FT01             8.00
06/09/2015    06/09/2015    FT01             8.00
06/10/2015    06/10/2015    FT01             8.00
06/11/2015    06/11/2015    FT01             8.00
06/12/2015    06/12/2015    FT01             8.00
06/15/2015    06/15/2015    FT01             8.00
06/16/2015    06/16/2015    FT02             8.00
06/17/2015    06/17/2015    FT02             8.00
06/18/2015    06/18/2015    FT02             8.00
06/19/2015    06/19/2015    FT02             8.00
06/22/2015    06/22/2015    FT02             8.00
06/23/2015    06/23/2015    FT02             8.00
06/24/2015    06/24/2015    FT02             8.00
06/25/2015    06/25/2015    FT02             8.00
06/26/2015    06/26/2015    FT02             8.00
06/29/2015    06/29/2015    FT02             8.00
06/30/2015    06/30/2015    FT02             8.00
07/01/2015    07/01/2015    FT02             8.00
07/02/2015    07/02/2015    FT02             8.00
07/03/2015    07/03/2015    FT02             8.00
07/06/2015    07/06/2015    FT02             8.00
07/07/2015    07/07/2015    FT02             8.00
07/08/2015    07/08/2015    FT02             8.00
07/09/2015    07/09/2015    FT02             8.00
07/10/2015    07/10/2015    FT02             8.00

                                  FMLA Absence Quota Information
```

AT&T Proprietary (Sensitive Personal Information)
Only for use by authorized individuals in
accordance with requirements for specific
data categories predefined in Company security standards
for Information Classification and Protection.

CONFIDENTIAL                                                                                                DEF-0000227

```
Date: 08/30/2016                        Employee Attendance Report                              Page    : 5
Time: 16:14:30                                                                                  Program: ZPRT1001

                                          As of 08/29/2016

PERNR :  00666216                                                    Cost Center :  XCW921035
NAME  :  KATIA PATINO                                                NCS DATE     :  04/07/2014

FMLA Absence Quota amount/entitlement is equivalent to 12 work weeks of unpaid time off in a
12 month calendar period. Actual quota/entitlement amount may vary per employee.

Entitlement   Entitlement    Entitlement      Cumulative Time      Entitlement Quota
Begin Date    End Date       Quota Amount     Taken/Scheduled      Amount Remaining
                             (Hours)          (Hours)              (Hours)
                             480.00           274.12               205.88

01/01/2015    12/31/2015


                                                    AT&T Proprietary (Sensitive Personal Information)
                                                       Only for use by authorized individuals in
                                                       accordance with requirements for specific
                                                 data categories predefined in Company security standards
                                                     for Information Classification and Protection.
```

CONFIDENTIAL                                                                                     DEF-0000228