(COURT USE ONLY)
RECEIPT NO.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Katia Hills

v.

AT&T Mobility Services LLC

Cause No. 3:17-cv-00556

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

Katia Hills

Party(s) Represented

Prefix (check one): ☐ Mr.  ☒ Ms.  ☐ Mrs.

Last Name: Kaley     First Name: Lindsey     Middle Name/Initial: B

Generation (Sr, Jr, etc):

Firm Name: American Civil Liberties Union

Street Address: 125 Broad Street     Suite/Room No.: 18th Fl.

City: New York     State: NY     Zip: 10004

Office Telephone No.: (212) 549-2500     Fax No.:

E-Mail Address: lkaley@aclu.org

**EDUCATION:**

College: Columbia University; Columbia College     Degree: BA     Year Completed: 2009

Law School: Harvard Law School     Year Graduated: 2014

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| New York | 2015 | Active | 5324983 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| U.S. District Court for the Southern District of NY | 2019 | Active |
| U.S. District Court for the Northern District of Texas | 2019 | Active |
| U.S. Court of Appeals for the Fifth Circuit | 2020 | Active |
| U.S. Court of Appeals for the Second Circuit | 2020 | Active |
| U.S. Court of Appeals for the Tenth Circuit | 2020 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions? ☐ Yes (If yes, please attach an explanation) ☒ No

Applicant: I, Lindsey Kaley, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: November 16, 2021

*Lindsey Kaley*
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____

_____
Judge, U. S. District Court



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lindsey Breton Kaley

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 22, 2015**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on November 17, 2021.

*Robert D. Mayberger*
Clerk of the Court

CertID-00040987