**EXHIBIT 14**

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | ATT_AD_UID | EFFDT | ATT_DR_REASON | ATT_AD_STATUS | ATT_DR_REASON_1 | EXPIRATION_DT | ATT_DR_RS_PNTS |
| 2 | KP3888 | 16-May-14 | 31 to 120 minutes tardy | Approved | | 9-Nov-14 | 0.75 |
| 3 | KP3888 | 22-May-14 | Unexcused Absence | Rejected | Manager failed to update MySchedule | 18-Nov-14 | 1 |
| 4 | KP3888 | 26-May-14 | 31 to 120 minutes tardy | Rejected | Manager failed to update MySchedule | 22-Nov-14 | 0.75 |
| 5 | KP3888 | 29-May-14 | Missed Punch | Approved | | 9-Nov-14 | 0 |
| 6 | KP3888 | 29-May-14 | 16 to 30 minutes tardy | Rejected | Manager failed to update MySchedule | 25-Nov-14 | 0.5 |
| 7 | KP3888 | 30-May-14 | Unexcused Absence | Approved | | 9-Nov-14 | 1 |
| 8 | KP3888 | 8-Jun-14 | Missed Punch | Approved | | 9-Nov-14 | 0 |
| 9 | KP3888 | 11-Jun-14 | Unexcused Absence | Rejected | Manager failed to update MySchedule | 8-Dec-14 | 1 |
| 10 | KP3888 | 18-Jun-14 | 16 to 30 minutes tardy | Rejected | Manager failed to update MySchedule | 15-Dec-14 | 0.5 |
| 11 | KP3888 | 19-Jun-14 | 31 to 120 minutes tardy | Rejected | Manager failed to update MySchedule | 16-Dec-14 | 0.75 |
| 12 | KP3888 | 25-Jun-14 | Unexcused Absence | Rejected | Manager failed to update MySchedule | 22-Dec-14 | 1 |
| 13 | KP3888 | 30-Jun-14 | 6 to 15 minutes tardy | Rejected | Manager failed to update MySchedule | 27-Dec-14 | 0.25 |
| 14 | KP3888 | 7-Jul-14 | 6 to 15 minutes tardy | Rejected | Other reason - requires comment | 3-Jan-15 | 0.25 |
| 15 | KP3888 | 16-Jul-14 | 16 to 30 minutes tardy | Approved | | 9-Nov-14 | 0.5 |
| 16 | KP3888 | 23-Jul-14 | Unexcused Absence | Rejected | Other reason - requires comment | 19-Jan-15 | 1 |
| 17 | KP3888 | 31-Jul-14 | Unexcused Absence | Approved | | 9-Nov-14 | 1 |
| 18 | KP3888 | 2-Aug-14 | 16 to 30 minutes tardy | Rejected | Other reason - requires comment | 29-Jan-15 | 0.5 |
| 19 | KP3888 | 5-Aug-14 | Unexcused Absence | Approved | | 9-Nov-14 | 1 |
| 20 | KP3888 | 10-Aug-14 | 16 to 30 minutes tardy | Rejected | Other reason - requires comment | 6-Feb-15 | 0.5 |
| 21 | KP3888 | 18-Aug-14 | Unexcused Absence | Rejected | Manager failed to update MySchedule | 14-Feb-15 | 1 |
| 22 | KP3888 | 20-Aug-14 | 31 to 120 minutes tardy | Rejected | Other reason - requires comment | 16-Feb-15 | 0.75 |
| 23 | KP3888 | 22-Aug-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 18-Feb-15 | 0 |
| 24 | KP3888 | 3-Sep-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 2-Mar-15 | 0 |
| 25 | KP3888 | 9-Sep-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 8-Mar-15 | 0 |
| 26 | KP3888 | 10-Sep-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 9-Mar-15 | 0 |
| 27 | KP3888 | 17-Sep-14 | 6 to 15 minutes tardy | Rejected | Employee missed punch but was within attendance grace period | 16-Mar-15 | 0.25 |
| 28 | KP3888 | 23-Sep-14 | 31 to 120 minutes tardy | Rejected | Other reason - requires comment | 22-Mar-15 | 0.75 |
| 29 | KP3888 | 25-Sep-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 24-Mar-15 | 0 |
| 30 | KP3888 | 26-Sep-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 25-Mar-15 | 0 |
| 31 | KP3888 | 6-Oct-14 | Unexcused Absence | Rejected | Manager failed to update MySchedule | 4-Apr-15 | 1 |
| 32 | KP3888 | 9-Oct-14 | 31 to 120 minutes tardy | Rejected | Manager failed to update MySchedule | 7-Apr-15 | 0.75 |
| 33 | KP3888 | 29-Oct-14 | Unexcused Absence | Rejected | Manager did not complete shift swap on the schedule (Enter the 2 ATTUIDs in the comments field) | 27-Apr-15 | 1 |
| 34 | KP3888 | 7-Nov-14 | 6 to 15 minutes tardy | Rejected | Employee missed punch but was within attendance grace period | 6-May-15 | 0.25 |
| 35 | KP3888 | 8-Nov-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 7-May-15 | 0 |
| 36 | KP3888 | 11-Nov-14 | 31 to 120 minutes tardy | Approved | | 24-Oct-15 | 0.75 |
| 37 | KP3888 | 17-Nov-14 | 31 to 120 minutes tardy | Rejected | Employee missed punch but was within attendance grace period | 16-May-15 | 0.75 |
| 38 | KP3888 | 6-Dec-14 | Unexcused Absence | Approved | | 24-Oct-15 | 1 |
| 39 | KP3888 | 8-Dec-14 | Unexcused Absence | Approved | | 24-Oct-15 | 1 |
| 40 | KP3888 | 11-Dec-14 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 9-Jun-15 | 0 |
| 41 | KP3888 | 11-Dec-14 | Greater than or equal to 121 minutes tardy | Approved | | 24-Oct-15 | 1 |
| 42 | KP3888 | 21-Dec-14 | 31 to 120 minutes tardy | Approved | | 24-Oct-15 | 0.75 |
| 43 | KP3888 | 2-Jan-15 | 16 to 30 minutes tardy | Rejected | Other reason - requires comment | 1-Jul-15 | 0.5 |
| 44 | KP3888 | 20-Jan-15 | 16 to 30 minutes tardy | Rejected | Other reason - requires comment | 19-Jul-15 | 0.5 |
| 45 | KP3888 | 4-Feb-15 | Unexcused Absence | Approved | | 24-Oct-15 | 1 |
| 46 | KP3888 | 5-Feb-15 | Unexcused Absence | Rejected | Employee absent for consecutively scheduled days (Illness for self only) | 4-Aug-15 | 1 |
| 47 | KP3888 | 20-Feb-15 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 19-Aug-15 | 0 |
| 48 | KP3888 | 3-Mar-15 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 30-Aug-15 | 0 |
| 49 | KP3888 | 9-Mar-15 | 6 to 15 minutes tardy | Approved | | 24-Oct-15 | 0.25 |
| 50 | KP3888 | 12-Mar-15 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 8-Sep-15 | 0 |
| 51 | KP3888 | 12-Mar-15 | Greater than or equal to 121 minutes tardy | Rejected | Other reason - requires comment | 8-Sep-15 | 1 |
| 52 | KP3888 | 25-Mar-15 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 21-Sep-15 | 0 |
| 53 | KP3888 | 3-Apr-15 | 6 to 15 minutes tardy | Approved | | 24-Oct-15 | 0.25 |
| 54 | KP3888 | 23-Apr-15 | Unexcused Absence | Rejected | Other reason - requires comment | 20-Oct-15 | 1 |
| 55 | KP3888 | 4-May-15 | Unexcused Absence | Approved | | 4-May-16 | 1 |
| 56 | KP3888 | 6-May-15 | Unexcused Absence | Rejected | Approved FMLA or leave - requires case number in comment field | 6-May-16 | 1 |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | ATT_AD_UID | EFFDT | ATT_DR_REASON | ATT_AD_STATUS | ATT_DR_REASON_1 | EXPIRATION_DT | ATT_DR_RS_PNTS |
| 57 | KP3888 | 7-May-15 | Unexcused Absence | Rejected | Consecutive Pending FMLA/Disability/LOA | 7-May-16 | 1 |
| 58 | KP3888 | 8-May-15 | Unexcused Absence | Approved | | 8-May-16 | 1 |
| 59 | KP3888 | 9-May-15 | Missed Punch | Rejected | Employee missed punch but was within attendance grace period | 9-May-16 | 0 |
| 60 | KP3888 | 15-May-15 | Greater than or equal to 121 minutes tardy | Rejected | Approved FMLA or leave - requires case number in comment field | 15-May-16 | 1 |
| 61 | KP3888 | 16-May-15 | Unexcused Absence | Approved | | 16-May-16 | 1 |
| 62 | KP3888 | 22-May-15 | Unexcused Absence | Provisioned | | 22-May-16 | 1 |
| 63 | KP3888 | 23-May-15 | 31 to 120 minutes tardy | Provisioned | | 23-May-16 | 0.75 |
| 64 | KP3888 | 26-May-15 | Unexcused Absence | Rejected | Approved FMLA or leave - requires case number in comment field | 26-May-16 | 1 |
| 65 | KP3888 | 27-May-15 | Unexcused Absence | Rejected | Approved FMLA or leave - requires case number in comment field | 27-May-16 | 1 |
| 66 | KP3888 | 28-May-15 | Unexcused Absence | Rejected | Approved FMLA or leave - requires case number in comment field | 28-May-16 | 1 |
| 67 | KP3888 | 30-May-15 | Unexcused Absence | Rejected | Approved FMLA or leave - requires case number in comment field | 30-May-16 | 1 |
| 68 | KP3888 | 13-Jul-15 | Missed Punch | Rejected | Other reason - requires comment | 13-Jul-16 | 0 |
| 69 | KP3888 | 15-Jul-15 | Unexcused Absence | Provisioned | | 15-Jul-16 | 1 |
| 70 | KP3888 | 18-Jul-15 | Unexcused Absence | Rejected | Other reason - requires comment | 18-Jul-16 | 1 |
| 71 | KP3888 | 19-Jul-15 | Unexcused Absence | Rejected | Other reason - requires comment | 19-Jul-16 | 1 |
| 72 | KP3888 | 21-Jul-15 | Unexcused Absence | Rejected | Other reason - requires comment | 21-Jul-16 | 1 |